UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Horizon Group Management, LLC<br><br>Debtor(s)<br>Andrew J. Maxwell, chapter 7 trustee<br><br>Plaintiff(s)<br>Daniel Michael, et al.<br><br>Defendant(s) | ) BK No.: 14-41230<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable Timothy A. Barnes<br>)<br>)<br>) Adv. No.: 16-00394<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER COMPELLING PRODUCTION

This cause coming to be heard on Defendants' Motion to Compel (the "Motion") filed by Daniel Michael, the Daniel Michael Living Trust u/t/a/d March 4, 1998, Martha Michael, Jeffrey Michael, Horizon Group Realty Holdings, LLC and each of Horizon Group I - XI and XV - XXIV (the "Defendants"); due notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted for the reasons stated on the record.

2. On or before January 31, 2019, or such later time to which the Defendants agree, Andrew Maxwell, Bauch & Michaels, LLC, Acme Liquidation Specialists, Ltd. d/b/a Edward T. Joyce & Associates, P.C., Robbins, Salomon & Patt, Ltd., Donna Raine, and JS Law d/b/a the Law Offices of Jeffrey S. Sobek, P.C. shall produce all documents responsive to the Defendants' document requests, subject to production of detailed privilege/withholdings logs in compliance with Fed. R. Civ. P. 26(b)(5)(A) and 45(e)(2)(A) for all documents not produced.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 2 0 DEC 2018

**Prepared by:**
David Gold
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603