IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS — EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-41230 |
| HORIZON GROUP MANAGEMENT, LLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ANDREW J. MAXWELL, trustee for the ) | |
| estate of Horizon Group Management, LLC, ) | |
| ) | Hon. Timothy A. Barnes |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 16-00394 |
| ) | |
| DANIEL MICHAEL, et al; ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF UNDISPUTED FACTS

Andrew J. Maxwell ("Plaintiff" or "Trustee"), as Chapter 7 trustee for the estate of Horizon Group Management, LLC (the "Debtor" or "Horizon Management"), by and through his attorneys, BAUCH & MICHAELS, LLC, submits the following statement of undisputed facts:

1. The Trustee is the duly appointed and acting trustee in this case under Chapter 7 of the United States Bankruptcy Code. *Defendant's Answer and Affirmative Defenses to Third Amended Complaint* [ECF No. 95] ¶15 (hereinafter "Horizon Group Answer").

2. Daniel Michael ("Daniel") is an individual and citizen of the state of Florida. Horizon Group Answer ¶ 17.

3. Martha Michael ("Martha") is an individual and citizen of the state of Florida and Daniel's wife. Horizon Group Answer ¶ 19.

4. Daniel acquired, owned, and managed a sizable portfolio of residential apartment buildings (the "Properties"), through companies directly or indirectly owned by him. Horizon Group Answer ¶ 1.

5. The Debtor is an Illinois limited liability company that was engaged in the residential real property management business. Horizon Group Answer ¶ 16.

6. Daniel is the sole Manager of and a person in control of the Debtor. Horizon Group Answer ¶¶ 1, 17, 51.

7. The Daniel Michael Living Trust u/t/a/d March 4, 1998, is the sole general and limited member of the Debtor. Horizon Group Answer ¶¶ 1,18, 51.

8. Daniel is the trustee of the Daniel Michael Living Trust u/t/a/d March 4, 1998, an *inter vivos* Illinois trust (the "Daniel Trust"). Horizon Group Answer ¶ 18.

9. The Debtor was the sole and exclusive property manager for the hereinafter defined "Horizon Group Companies" and the Properties from 2000 to 2015. Horizon Group Answer ¶¶ 1, 17.

10. Jeffrey is an individual and a citizen of the state of Illinois. Horizon Group Answer ¶ 20.

11. Jeffrey is the son of Daniel and Martha. *Horizon Group Answer ¶20.*

12. As of May 2001, the Debtor employed Jeffrey as its COO and general counsel. Horizon Group Answer ¶ 20.

13. Horizon Group I, LLC is an Illinois limited liability company organized on or about November 26, 1997, that holds legal title to certain residential real

property commonly known as 1938-50 West Lawrence, Chicago, Illinois. Horizon Group Answer ¶ 21.

14. Horizon Group II, LLC is an Illinois limited liability company organized on or about March 26, 1998, that holds legal title to certain residential real property commonly known as 901 West Argyle, Chicago, Illinois. Horizon Group Answer ¶ 22.

15. Horizon Group III, LLC is an Illinois limited liability company organized on or about March 26, 1998, that holds legal title to certain residential real property commonly known as 1901-09 West Wilson, Chicago, Illinois. Horizon Group Answer ¶ 23.

16. Horizon Group IV, LLC is an Illinois limited liability company organized on or about March 26, 1998, that holds legal title to certain residential real property commonly known as 722-726 West Barry, Chicago, Illinois. Horizon Group Answer ¶ 24.

17. Horizon Group V, LLC (formerly known as Lawrence Maplewood, LLC), Illinois Secretary of State file no. 03457532, is an Illinois limited liability company organized on or about March 8, 2011, that may hold legal title to certain residential real property commonly known as 4759 North Maplewood, Chicago, Illinois. Horizon Group Answer ¶ 25.

18. Horizon Group VI, LLC is an Illinois limited liability company organized on or about March 26, 1998, that holds legal title to certain residential real property commonly known as 5650 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 26.

19. Horizon Group VII, LLC is an Illinois limited liability company organized on or about December 29, 1999, that holds legal title to certain residential real property commonly known as 910-18 West Dakin, Chicago, Illinois. Horizon Group Answer ¶ 27.

20. Horizon Group VIII, LLC is an Illinois limited liability company organized on or about November 9, 2000, that holds legal title to certain residential real property commonly known as 100 Fellows Court, Elmhurst, Illinois. Horizon Group Answer ¶ 28.

21. Horizon Group IX, LLC is an Illinois limited liability company organized on or about August 29, 2001, that holds legal title to certain residential real property commonly known as 525 West Oakdale, Chicago, Illinois. Horizon Group Answer ¶ 29.

22. Horizon Group X, LLC, f/k/a Horizon Development, LLC, is an Illinois limited liability company organized on or about March 8, 2000, that holds legal title to certain residential real property commonly known as 4242 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 30.

23. Horizon Group XI, LLC is an Illinois limited liability company organized on or about December 12, 2003, that holds legal title to certain residential real property commonly known as 5017 North Wolcott, Chicago, Illinois. Horizon Group Answer ¶ 31.

24. Horizon Group XV, LLC is an Illinois limited liability company organized on or about December 17, 2003, that holds legal title to certain residential

real property commonly known as 1828-38 West Lawrence, Chicago, Illinois. Horizon Group Answer ¶ 32.

25. Horizon Group XVI, LLC is an Illinois limited liability company organized on or about December 17, 2003, that holds legal title to certain residential real property commonly known as 1956-60 West Lawrence, Chicago, Illinois. Horizon Group Answer ¶ 33.

26. Horizon Group XVII, LLC is an Illinois limited liability company organized on or about October 7, 2004, that holds legal title to certain residential real property commonly known as 6401 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 34.

27. Horizon Group XVIII, LLC is an Illinois limited liability company organized on or about March 2, 2005, that holds legal title to certain residential real property commonly known as 6040 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 35.

28. Horizon Group XIX, LLC is an Illinois limited liability company organized on or about March 9, 2006, that holds legal title to certain residential real property commonly known as 6725 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 36.

29. Horizon Group XX, LLC is an Illinois limited liability company organized on or about December 8, 2006, that holds legal title to certain residential real property commonly known as 4600 North Clarendon, Chicago, Illinois and 822 West Wilson, Chicago, Illinois. Horizon Group Answer ¶ 37.

30. Horizon Group XXI, LLC is an Illinois limited liability company organized on or about June 26, 2009, that holds legal title to certain residential real property commonly known as 4601-13 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 38.

31. Horizon Group XXII, LLC is an Illinois limited liability company organized on or about May 3, 2011, that holds legal title to certain residential real property commonly known as 5050 North Sheridan, Chicago, Illinois. Horizon Group Answer ¶ 39.

32. Horizon Group XXIII, LLC is an Illinois limited liability company organized on or about July 9, 2012, that holds legal title to certain residential real property commonly known as 1605-31 Chicago Avenue, Evanston, Illinois. Horizon Group Answer ¶ 40.

33. Horizon Group XXIV, LLC is an Illinois limited liability company organized on or about November 22, 2013, that holds legal title to certain residential real property commonly known as 6119 North Kenmore, Chicago, Illinois. Horizon Group Answer ¶ 41.

34. The entities described in paragraphs 13 through 33 are hereinafter collectively referred to as the "Horizon Group Companies," and the residential real property they own are collectively referred to as the "Properties."

35. Horizon Group Realty Holdings, LLC ("Holdings") is an Illinois limited liability company organized on June 5, 2009. Horizon Group Answer ¶ 43.

36. Daniel is the sole manager of Holdings. Horizon Group Answer ¶ 43.

37. On or about June 5, 2009, Daniel, as manager and on behalf of Holdings, and the original members of Holdings – the Daniel Trust (24.13%); Martha Michael ("Martha"), not individually, but solely as trustee of the Martha Michael Living Trust dated March 4, 1998 ("Martha Trust") (23.07%); Daniel Michael, not individually but solely as trustee of David S. Michael Irrevocable Trust dated June 9, 2004 (16.60%); Jeffrey E. Michael, not individually but solely as trustee of the Jeffrey E. Michael Revocable Trust dated July 4, 2002 (16.60%); Daniel Michael, not individually, but solely as trustee of the Tracy H. Michael Irrevocable Trust dated June 9, 2004 (16.60%); David S. Michael, individually (1%); Jeffrey E. Michael, individually (1%); and Tracy H. Wolfe, individually (1%) – executed an operating agreement for Holdings. Horizon Group Answer ¶ 43.

38. All the members of Holding are Daniel and Martha's trusts; Daniel and Martha's children; or Daniel and Martha's children's trusts. Horizon Group Answer ¶ 43.

39. At or shortly after its organization, Holdings replaced Daniel as the manager of the then existing Horizon Group Companies and became the initial manager of all the Horizon Group Companies that were organized after Holdings' organization. Horizon Group Answer ¶ 43.

40. At or shortly after Holdings organization, Daniel transferred his membership interests in all the then-existing Horizon Group Companies to Holdings, and Holdings became the initial member of all the Horizon Group Companies that were organized after Holdings' organization. Horizon Group Answer ¶ 43.

7

41. At all times relevant to this action, the Daniel Trust owned all the membership interests of the Debtor. Horizon Group Answer ¶ 51.

42. *The* Debtor owned no real property and had no business other than providing financial and property management services to the Horizon Group Enterprise. Horizon Group Answer ¶ 54.

43. On January 1, 2004, the Debtor and certain of the Horizon Group Companies entered the first of a series of written management agreements. Horizon Group Answer ¶ 55.

44. On January 1, 2008, the Debtor and the then existing Horizon Group Companies, as "Owner," entered an *Amended & Restated Management Agreement*. A copy of the *Amended & Restated Management Agreement* is attached to the Third Amended Complaint as Exhibit 2. *Third Amended Complaint* [ADV ECF No.78-2]; Horizon Group Answer ¶ 55.

45. On July 1, 2009, the Debtor and all the then existing Horizon Group Companies executed the *First Amendment to the Amended & Restated Management Agreement*, which added additional "Owner" entities as parties. *A copy of the First Amendment to the Amended & Restated Management Agreement* is attached to the Third Amended Complaint as Exhibit 3. *Third Amended Complaint* [ADV ECF No. 78-3]; Horizon Group Answer ¶ 55.

46. *The Amended and Restated Management Agreement* and the *First and Second Amendments* were executed by Daniel as manager of the Debtor on behalf of

the Debtor and Daniel as manager on behalf of each of the then existing Horizon Group Companies. Horizon Group Answer ¶ 56.

47. On December 1, 2009, the Debtor and all the then existing Horizon Group Companies executed the *Second Amendment to the Amended & Restated Management Agreement*, which amended Article XIII, "Compensation and Expenses," and Article XVI, "Termination," of the *Amended & Restated Management Agreement*. A copy of the *Second Amendment to the Amended & Restated Management Agreement* is attached Third Amended Complaint as Exhibit 4. *Third Amended Complaint* [ADV ECF No. 78-4]; Horizon Group Answer ¶ 59.

48. As of December 1, 2011, the Debtor and the Horizon Group Companies entered a *Second Amended & Restated Management Agreement*. A copy of the *Second Amended & Restated Management Agreement* is attached the Third Amended Complaint as Exhibit 5. *Third Amended Complaint* [ECF No. 78-5]; Horizon Group Answer ¶ 64.

49. The *Second Amended & Restated Management Agreement* was executed by Daniel as manager of the Debtor and Holdings as manager of each of the then existing Horizon Group Companies, by Daniel as manager of Holdings. Horizon Group Answer ¶ 64.

50. As of December 1, 2013, the *Second Amended & Restated Management Agreement* was amended solely to add additional Horizon Group Companies as parties. A copy of the *Amended & Restated Management Agreement* is attached hereto

and incorporated in Third Amended Complaint as Exhibit 6. *Third Amended Complaint* [ADV ECF No. 78-6-]; Horizon Group Answer ¶ 64.

51. On November 14, 2014 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11, Title 11 of the United States Code, in the United States Bankruptcy Court for the Northern District of Illinois. [ECF No. 1]; Horizon Group Answer ¶ 256.

52. The Debtor operated its business and managed its property as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code Horizon Group Answer ¶ 257.

53. On February 27, 2015, the Debtor filed its Motion to Authorize (1) Sale of Substantially all of its Assets Free and Clear of Liens, Claims, and Interests, (2) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (3) Related Relief (the "Sale Motion"). [ECF No. 49]. Horizon Group Answer ¶ 282.

54. On April 2, 2015, the Court entered its Order (the "Sale Order") authorizing the sale of substantially all of Debtor's assets and the assumption and assignment of certain executory contracts, primarily the Management Agreement with the Horizon Group Companies to HRG Management, LLC, an Illinois limited liability company of which Jeffrey is the sole member and manager. [ECF No. 64]; Horizon Group Answer ¶ 285.

Dated: September 1, 2022                    ANDREW J. MAXWELL, TRUSTEE

                                                          By: /s/ Paul M. Bauch
                                                                One of His Attorneys

Paul M. Bauch (ARDC #6196619)
Anthony J. O'Neill (ARDC#6295313)
Carolina Y. Sales (ARDC #6287277)
Bauch & Michaels, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel.: (312) 588-5000
Fax: (312) 427-5709
pbauch@bmlawllc.com
aoneill@bmlawllc.com
csales@bmlawllc.com